UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>Plaintiff, <br><br>v. <br><br>DARLING INGREDIENTS INC., a Delaware corporation, <br><br>Defendant,. | NO.   2:25-cv-01799-JHC <br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Jessica M. Cox of Jackson Lewis P.C., attorneys for Defendant, Darling Ingredients Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.  This Stipulation and Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest, attorney's fees and costs for the time period encompassed by this action, June 2025 through August 2025, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated

damages, interest, attorney's fees and costs for any period other than June 2025 through August 2025.

DATED 31st day of October, 2025.

| REID, BALLEW & LEAHY, L.L.P. BALLEW, L.L.P. | JACKSON LEWIS P.C. |
|---|---|
| *s/Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> 100 West Harrison St., N. Tower #300 <br> Seattle WA 98119 <br> (206) 285-0464 <br> Email: rjr@nwlaborlaw.com <br> Attorney for Plaintiff | *s/Jessica M. Cox* <br> Jessica M. Cox, WSBA #53027 <br> 520 Pike Street, Suite 2300 <br> Seattle WA 98101 <br> (206) 626-6410 <br> Email: Jessica.Cox@jacksonlewis.com <br> Attorney for Defendant |

**ORDER OF DISMISSAL**

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own costs of suit. This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest, attorney's fees and costs for the time period encompassed by this action, June 2025 through August 2025, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than June 2025 through August 2025.

//

DATED this 6th day of November, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE